# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JONNIE D. ROBY, JR. & FAYE D. ROBY  Case Number: 04-75074
5117 CARTER COURT   SSN-xxx-xx-9935 & xxx-xx-6214
ROCKFORD, IL  61108

Case filed on: 10/12/2004
Plan Confirmed on: 5/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $17,348.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 2,590.30 | 2,590.30 | 2,590.30 | 0.00 |
|  | Total Priority | 2,590.30 | 2,590.30 | 2,590.30 | 0.00 |
| 999 | JONNIE D. ROBY, JR. | 0.00 | 0.00 | 0.21 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.21 | 0.00 |
| 001 | ALPINE BANK | 14,243.66 | 0.00 | 0.00 | 0.00 |
| 002 | LIBERTY SAVINGS BANK FSB | 2,090.67 | 875.00 | 875.00 | 0.00 |
| 003 | EVERHOME MORTGAGE | 747.60 | 747.60 | 747.60 | 0.00 |
| 016 | MARK CULP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EVERHOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,081.93 | 1,622.60 | 1,622.60 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 673.00 | 465.50 | 456.50 | 0.00 |
| 005 | SMC | 1,202.08 | 1,202.08 | 1,202.08 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DPL ASSOCIATES, LTD | 4,288.78 | 4,288.78 | 4,288.78 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 1,437.28 | 1,437.28 | 1,437.28 | 0.00 |
| 009 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MEDICAL DENTAL HOSPITAL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | R. MARK LINDMAN DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | US BANK/RETAIL PAYMENT SOLUTIONS | 2,598.54 | 2,598.54 | 2,598.54 | 0.00 |
| 015 | VERIZON WIRELESS - GREAT LAKES | 718.32 | 718.32 | 718.32 | 0.00 |
|  | Total Unsecured | 10,918.00 | 10,710.50 | 10,701.50 | 0.00 |
|  | Grand Total: | 31,954.23 | 16,287.40 | 16,278.61 | 0.00 |

Total Paid Claimant: $16,278.61
Trustee Allowance: $1,069.39
Percent Paid Unsecured: 99.92

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008    By  /s/Heather M. Fagan